**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DIANE M. TRAHANAS, | ) | |
| | ) | **Case No. 1:15-cv-11192** |
| **Plaintiff,** | ) | |
| | ) | **Hon. John J. Tharp, Jr.** |
| **v.** | ) | **Judge Presiding** |
| | ) | |
| NORTHWESTERN UNIVERSITY; and | ) | **Hon. Michael T. Mason** |
| STEVEN J. SCHWULST, M.D., | ) | **Magistrate Judge** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT MOTION TO REQUEST A STATUS HEARING TO CONFER WITH THE COURT REGARDING A CASE MANAGEMENT SCHEDULE

Defendants, Northwestern University and Dr. Steven J. Schwulst (collectively, "Defendants") and Plaintiff, Diane M. Trahanas ("Plaintiff"), by and through the undersigned attorneys, respectfully request a status hearing to confer with the Court regarding a case management schedule. In support of this Motion, the parties state as follows:

1. Plaintiff commenced this action by filing her Complaint on December 11, 2015. (Dkt. No. 1.)

2. Plaintiff having received the Court's leave to amend her Complaint, filed a First Amended Complaint on February 23, 2016. (Dkt. No. 21.)

3. Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint directed at all counts on March 15, 2016. (Dkt. No. 23.)

4. At the initial status conference on April 6, 2016, rather than enter a case management schedule, the Court entered a briefing schedule on the Motion to Dismiss. (Dkt. No. 27.)

5. The Motion to Dismiss has been fully briefed since June 14, 2016. (Dkt. No. 32.)

6. Defendants filed supplemental authority on May 5, 2017. (Dkt. No. 33.)

7. Plaintiff and Defendants seek a status from the Court as to how they should proceed in the interim of the pending Motion to Dismiss.

WHEREFORE, Plaintiff and Defendants respectfully request a status to confer with the Court regarding a case management schedule.


DATED this 26th day of June, 2017.


Respectfully submitted,

*Attorney for Plaintiff*

*Attorney for Northwestern University and Steven J. Schwulst, M.D.*


s/ *John P. DeRose*

John P. DeRose
JOHN P. DEROSE & ASSOCIATES
15 Spinning Wheel Road, Suite 428
Hinsdale, IL 60521
john@johnderoselaw.com

s/ *Anneliese Wermuth*

Anneliese Wermuth, State Bar No. 6270970
Danielle Harris, State Bar No. 6324017
Alexandra G. Wright, State Bar No. 6309111
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312-474-7900
Fax: 312-474-7879
E-mail: awermuth@cozen.com
E-mail: danielle.harris@cozen.com
E-mail: agwright@cozen.com

2

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 26, 2017, the foregoing **Joint Motion to Request a Status Hearing to Confer with the Court Regarding a Case Management Schedule** was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

John P. DeRose
JOHN P. DEROSE & ASSOCIATES
15 Spinning Wheel Road, Suite 428
Hinsdale, IL 60521
john@johnderoselaw.com
*Attorney for Plaintiff*

*s/ Anneliese Wermuth*
Anneliese Wermuth