UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE M. TRAHANAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:15-cv-11192 |
| v. | ) | |
| | ) | Judge John J. Tharp, Jr. |
| NORTHWESTERN UNIVERSITY; | ) | |
| and STEVEN J. SCHWULST, M.D., | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendants. | | |

## JOINT STATUS REPORT

Pursuant to this Court's September 22, 2017 Docket Entry (Dkt. 53), Plaintiff, Diane M. Trahanas ("Plaintiff") and Defendants, Northwestern University ("Northwestern") and Steven J. Schwulst, M.D. ("Dr. Schwulst") (collectively, the "Parties") hereby submit this Joint Initial Status Report.

1. **A brief summary of claims asserted.**

   Against the University, Plaintiff alleges she was subjected to harassment and discrimination based on her sex or sexual orientation in violation of Title VII of the Civil Rights Act of 1964 and that she was retaliated against under the Americans with Disabilities Act. Plaintiff also brings claims for Family Medical Leave Act retaliation, Intentional Infliction of Emotional Distress and Defamation against the University and Dr. Schwulst.

2. **A brief statement of the relief sought, including an itemization of damages.**

   Plaintiff contends that because of the actions of the Defendants, she has been deprived of her employment at Northwestern University as a Research Technician. Plaintiff seeks damages for the loss of income. Investigation of that loss continues and will only be determined after taking some discovery in the case. Only then can the itemization of those damages be determined.

   Plaintiff further contends that because of the actions of Defendant Dr. Schwulst, she has been deprived of the opportunity to enroll in medical school and seek a career in the medical profession. The relief sought and the itemization of the damages sustained as a result of the damages incurred can only be determined after discovery is taken.

LEGAL\32674228\1

3. **A brief description of the matter referred to the Magistrate Judge.**

   See attached Dkt. No. 53, attached hereto.

4. **The status of any briefing on the matters referred.**

   There are no current discovery motions.

5. **If the case has been referred for discovery matters, a description of the discovery that has been completed and the future discovery contemplated, including identifying: (a) the depositions that have been taken; (b) the depositions that have been scheduled and the dates set; (c) whether discovery includes electronically stored information ("ESI") and, if applicable, a brief description of the parties' agreement regarding ESI, including the form(s) of production; and (d) any other discovery contemplated.**

   (a)-(b) The parties have served written discovery requests, and Northwestern and Dr. Schwulst are due to respond to Plaintiff's requests today, on September 29, 2017. Plaintiff's responses to Northwestern and Dr. Schwulst are due on October 5, 2017.

   (c) The discovery includes ESI, primarily in the form of emails, text messages and audio messages. The parties have agreed to produce such ESI in PDF, MP3, JPEG, MOV and PNG formats.

   (d) The parties anticipate taking depositions, not to exceed 10 per side.

6. **Any dates or deadlines established by the district judge for discovery cut-off, submission of pretrial order or trial. If none have been set, a proposed fact discovery cutoff date and whether or not the parties anticipate the need for an expert discovery schedule, which will be set at a later date.**

   The parties propose a fact discovery cut-off of March 31, 2018.

   The need for expert testimony is still to be determined. It may well be that plaintiff will need expert testimony to determine the financial loss she has sustained as a result of Dr. Schwulst's interference with her pursuit of a career in the practice of medicine.

7. **The status of settlement negotiations, if any.**

   The parties have not participated in any settlement discussions.

8. **In referral cases, list both the district judge and the magistrate judge in the caption and circle the name of the judge for whom the filing is intended. This applies to all future filings.**

2

DATED this 29th day of September, 2017

                                      Respectfully submitted,

JOHN P. DEROSE & ASSOCIATES               Cozen O'Connor

By _s/  John P. DeRose_               By s/ Anneliese Wermuth
John P. DeRose, State Bar No. 0620300     Anna Wermuth, State Bar No. 6270970
                                        Danielle Harris, State Bar No. 6324017
JOHN P. DEROSE & ASSOCIATES               COZEN O'CONNOR
15 Spinning Wheel Road, Suite 428        123 N. Wacker Drive, Suite 1800
Hinsdale, Illinois 60521                   Chicago, Illinois 60606
Telephone:     630-920-1111          Telephone:     312-474-7900
Fax:             630-920-1170           Fax:            312-474-7879
E-mail:         jdrlaw@sbcglobal.net      E-mail:        awermuth@cozen.com
                                            E-mail:        danielleharris@cozen.com

_Attorney for Plaintiff Diane M. Trahanas_

                                          _Attorneys for Defendants Northwestern
University and Steven J. Schwulst, M.D._

3

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Diane M. Trahanas

                           Plaintiff,

v.
                                       Case No.: 1:15−cv−11192
                                       Honorable John J. Tharp Jr.

Northwestern University, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2017:

      MINUTE entry before the Honorable Michael T. Mason:This case has been referred to Magistrate Judge Mason. Status hearing set for 10/3/2017 at 10:00 a.m. Parties shall file a joint status report and shall include agreed proposed discovery deadlines by 9/29/17. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 29, 2017, she electronically filed the foregoing **Joint Initial Status Report** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

John P. DeRose
JOHN P. DEROSE & ASSOCIATES
15 Spinning Wheel Road, Suite 428
Hinsdale, IL 60521
*Attorney for Plaintiff*


*s/* Anneliese Wermuth
Anneliese Wermuth