85 Email            Trahanas-NU000059-60
   from: Diane Trahanas       Trahanas-NU002290-91
   to:  Steven Schwulst      Trahanas 163
   dated: Fri February 20, 2015 12:59pm
   subject: AMCAS Letter of Evaluation Received
   Hi Steve,
   I have received the following email from AMCAS and was wondering if you
   know anything about this upload? Your first letter was uploaded back in
   October and I have that confirmation already, so there is no reason I should
   be receiving this email now.
   I am wondering if our accounts have been compromised? And if now someone
   has access to my private med school application information, or your Letter
   Writer login information.
   Please let me know as this is a very serious issue, I would have to address.

86 Email chain          Trahanas-NU000051
   from: Diane Trahanas
   to Daina L. Fernandez
   date: Fri February 20, 2015 3;17pm
   subject: AMCAS Letter of Evaluation Received
   Re: Daina, Just wanted to keep you informed.

   3:50 pm Email Daina Fernandez to Diane : "Thank You"  NU005887