AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Diane Trahanas )
)
v. )    Case No.: 1:15-cv-11192
Northwestern University and Dr. Steven )
Schwulst, M.D. )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on    07/08/2021    against    Diane Trahanas    ,
                                                                     Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 10,989.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)*  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,887.45 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 12,917.20 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]    Electronic service          [ ]    First class mail, postage prepaid

[ ]    Other: _____

s/ Attorney:    Anneliese Wermuth

Name of Attorney: Anneliese Wermuth

For: _____ Northwestern University _____    Date:    07/20/2021
                              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                        *Deputy Clerk*                          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Dr. Deborah Cano<br>Chicago, Illinois | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $40.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE M. TRAHANAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:15-cv-11192 |
| v. ) | |
| ) | Judge John J. Tharp, Jr. |
| NORTHWESTERN UNIVERSITY and ) | |
| STEVEN J. SCHWULST, M.D., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ANNELIESE WERMUTH
## IN SUPPORT OF DEFENDANTS' BILL OF COSTS

I, Anneliese Wermuth, hereby declare as follows:

1.      I am a Shareholder at the law firm of Cozen O'Connor and am one of the attorneys who represented Defendants Northwestern University ("Northwestern") and Dr. Steven Schwulst ("Dr. Schwulst") in the above captioned litigation. I make this declaration on personal knowledge, and if called as a witness could competently testify to the matters contained herein.

2.      On July 8, 2021, the Court entered judgment in favor of Defendants and against Plaintiff Diane Trahanas. The Court ordered that Defendants "shall recover costs from Plaintiff" that have been expended over the life of the case. (ECF No. 163.) Northwestern now seeks to recover its costs as mandated by 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d), and Local Rule 54.1.

3.      In the course of defending this lawsuit, Northwestern necessarily incurred taxable expenses totaling $12,917.20 for duplicating discovery documents, appearance fees at depositions, obtaining deposition transcripts, and witness attendance fees pursuant to 28 U.S.C. § 1821.

4.      Specifically, Northwestern incurred a total of $1,708.25 in court reporter appearance fees and $4,851.95 for the cost of transcripts for the four depositions Defendants

LEGAL\53330542\1

conducted in this case. However, the bill of costs was adjusted to conform with the allowable rates set forth by the Judicial Conference of the United States. Thus, Northwestern is only seeking to recoup $812.50 in appearance fees and $4,276.55 for transcript costs.

5.     Northwestern also incurred substantial costs to obtain copies of the transcripts from the seven depositions Plaintiff took, which were necessary for purposes of defending this case. The cost of these transcripts to Northwestern was $6,497.20. However, the court reporter charged $4.10 per page for six of the seven transcripts, which is in excess of the $3.65 per page allowable rate. Thus, Northwestern has adjusted its bill of costs to conform with the allowable rates, and is only seeking to recover $5,900.70 for obtaining copies of deposition transcripts taken by Plaintiff.

6.     Northwestern is also seeking $1,887.45 in duplicating costs. This amount is for expenses incurred for copying documents for use in witness interviews, deposition preparation, and deposition exhibits for the four depositions taken by Defendants.

7.     Lastly, Northwestern incurred a $600.00 witness attendance fee for taking Dr. Deborah Cano's (Plaintiff's former psychiatrist) deposition. However, the bill of costs has been adjusted to conform with the statutory limits set forth in 28 U.S.C. § 1821. Thus, Northwestern is only seeking $40.00 for the cost of Dr. Cano's attendance fee.

8.     In total, Northwestern incurred taxable costs in the amount of $12,917.20 related to defending against Plaintiff's claims and is seeking that amount in the Bill of Costs.

Under the laws of the United States and pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2021

2

Respectfully submitted,

COZEN O'CONNOR

By *s/    Anneliese Wermuth*
        *Attorney for Defendants*


Anneliese Wermuth (#06270970)
Danielle Harris (#6324017)
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7900
(312) 474-7898 (Fax)
awermuth@cozen.com
danielleharris@cozen.com

3

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 20, 2021 she electronically filed **DECLARATION OF ANNELIESE WERMUTH IN SUPPORT OF DEFENDANTS' BILL OF COSTS** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

John P. DeRose
Caitlyn DeRose
JOHN P. DEROSE & ASSOCIATES
615 North York Road
Hinsdale, IL 60521
john@johnderoselaw.com
caitlyn@johnderoselaw.com
*Attorneys for Plaintiff*

/s/ *Anneliese Wermuth*
Anneliese Wermuth

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE M. TRAHANAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:15-cv-11192 |
| v. ) | |
| ) | Judge John J. Tharp, Jr. |
| NORTHWESTERN UNIVERSITY and ) | |
| STEVEN J. SCHWULST, M.D., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' ITEMIZATION OF BILL OF COSTS

### FEES OF THE COURT REPORTER:

| DESCRIPTION | COST[1] |
|---|---|
| Court Reporter's Fee for Appearance at Diane Trahanas' Deposition on January 5, 2018 | $220.00* |
| Court Reporter's Fee for Transcript of Diane Trahanas' Deposition | $1,632.55* |
| Court Reporter's Fee for Appearance at Diane Trahanas' Deposition (continued deposition ordered by the Court- ECF No. 86) on January 8, 2019 | $220.00* |
| Court Reporter's Fee for Transcript at Diane Trahanas' Deposition (continued deposition ordered by the Court- ECF No. 86) | $954.50* |
| Court Reporter's Fee for Appearance at Dr. Deborah Cano's Deposition on June 20, 2018 | $87.50 |
| Court Reporter's Fee for Transcript of Dr. Deborah Cano's Deposition | $371.55* |
| Court Reporter's Fee for Appearance at Dr. Stan Smith's Deposition on September 17, 2018 | $175.00 |
| Court Reporter's Fee for Transcript of Dr. Stan Smith's Deposition | $760.90* |
| Court Reporter's Fee for Appearance at Dr. Benjamin Clarke's Deposition on January 17, 2019 | $110.00* |
| Court Reporter's Fee for Transcript of Dr. Benjamin Clarke's Deposition | $557.05* |

---

[1] The asterisks (*) indicate costs that have been reduced to conform with the Judicial Conference of the United States and the Northern District's allowable rates which are located on the Court's website: https://www.ilnd.uscourts.gov/Pages.aspx?rsp2kxYIAI6Z3skP0PESA+q3bXKkfRyo.

| | |
|---|---|
| Court Reporter's Fee for Copy of Transcript for Rana Saber's Deposition on February 2, 2018 | $685.65* |
| Court Reporter's Fee for Copy of Transcript for Dr. Harris Perlman's Deposition on February 12, 2018 | $970.35* |
| Court Reporter's Fee for Copy of Transcript for Daina Fernandez's Deposition on March 13, 2018 | $787.85* |
| Court Reporter's Fee for Copy of Transcript for Defendant Dr. Steven Schwulst's Deposition on June 21, 2018 | $1,112.70* |
| Court Reporter's Fee for Copy of Transcript for Heather Burke's Deposition on June 8, 2018 | $751.35* |
| Court Reporter's Fee for Copy of Transcript for Dr. Jorge Girotti's Deposition on September 14, 2018 | $1,115.20* |
| Court Reporter's Fee for Copy of Transcript for Dr. Clayton Reck's Deposition on January 14, 2019 | $477.60* |
| **TOTAL Court Reporter Fees:** | **$10,989.75** |

## DUPLICATING COSTS:

| DESCRIPTION | Total # pages | Cost per page | Total Cost |
|---|---|---|---|
| Cost of duplicating records and documents for use in witness interviews, deposition preparation and depositions, including deposition exhibits | 12,583 | $0.15* | $1,887.45* |
| **TOTAL DUPLICATING COSTS:** | | | **$1,887.45** |

## OTHER COSTS:

| DESCRIPTION | COST |
|---|---|
| Attendance fee for Dr. Deborah Cano's deposition per 28 USC § 1821(b) | $40* |
| **TOTAL OTHER COSTS:** | **$40.00** |

| | |
|---|---|
| **GRAND TOTAL:** | **$12,917.20** |

2

Dated: July 20, 2021

Respectfully submitted,

COZEN O'CONNOR

By s/ *Anneliese Wermuth*
*Attorney for Defendants*

Anneliese Wermuth (#06270970)
Danielle Harris (#6324017)
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 (Fax)
awermuth@cozen.com
danielleharris@cozen.com

3

LEGAL\53329227\1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 20, 2021 she electronically filed **DEFENDANTS' ITEMIZATION OF BILL OF COSTS** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

John P. DeRose
Caitlyn DeRose
JOHN P. DEROSE & ASSOCIATES
615 North York Road
Hinsdale, IL 60521
john@johnderoselaw.com
caitlyn@johnderoselaw.com
*Attorneys for Plaintiff*

/s/ *Anneliese Wermuth*
Anneliese Wermuth

LEGAL\53329227\1